P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

78711 0720308

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

$ 00.406
02 1M
0004279596    JAN 29 2015
MAILED FROM ZIP CODE 78701

RE: WR-80,826-02

QUIRINO MACHIN SANCHEZ
MOORE (MTC) - TDC #1665404